UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT LONG III,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 8:21-cv-207-SDM-AAS

TRANS UNION, LLC, et al.,

    Defendants.
_____/

## ORDER

In accord with Robert Long III's notice (Doc. 39), Long and Equifax Information Services' joint stipulation (Doc. 45), and Long and Trans Union's joint stipulation (Doc. 46), NewRez, LLC, is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and Equifax and Trans Union are **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 7, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE